**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| Danielle Savoy, | : |
| | : Civil Action No.: 3:16-cv-00621-D |
| Plaintiff, | : |
| v. | : |
| Conn Appliances, Inc., | : |
| Defendant. | : |

## STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel as follows that, pursuant to FRCP 41(a)(1)(A)(ii), the above-captioned action is hereby dismissed in its entirety with prejudice and without costs to any party.

| Danielle Savoy | Conn Appliances, Inc. |
|---|---|
| /s/ Jenny DeFrancisco | /s/ Christopher M. Jordan |
| Jenny DeFrancisco, Esq. | Christopher M. Jordan, Esq. |
| CT Bar No. 432383 | Michael Harvey, Esq. |
| LEMBERG LAW, L.L.C. | Munsch Hardt Kopf & Harr, P.C. |
| 43 Danbury Road, 3rd Floor | Pennzoil Place |
| Wilton, CT 06897 | 700 Milam Street, Suite 2700 |
| Telephone: (203) 653-2250 | Houston, TX 77002 |
| Facsimile: (203) 653-3424 | Telephone: (817) 332-7788 |
| E-mail: jdefrancisco@lemberglaw.com | E-mail: mharvey@munsch.com |
| *Attorney for Plaintiff* | E-mail: cjordan@munsch.com |
| | *Attorneys for Defendant* |

SO ORDERED

**CERTIFICATE OF SERVICE**

      I hereby certify that on July 28, 2017, a true and correct copy of the foregoing Stipulation of Dismissal was served electronically by the U.S. District Court for the Northern District of Texas Electronic Document Filing System (ECF) and that the document is available on the ECF system.

                                        By  /s/ Jenny DeFrancisco
                                           Jenny DeFrancisco